ROSA SALZANO, Respondent, *v.* THE MARINE INSURANCE COMPANY, LIMITED, Appellant.

*Salzano* v. *Marine Ins. Co., Limited,* 178 App. Div. 948, affirmed.
(Argued March 7,. 1919; decided March 21, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 7, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a policy insuring an automobile, therein described, against loss or damage by fire. The answer denied that the insurance policy covered the automobile referred to in the complaint and set up for defenses that the plaintiff was not the owner of the automobile and had no insurable interest therein; that in order to induce the defendant to issue the policy of insurance the plaintiff falsely and fraudulently stated and represented that the automobile referred to in the complaint was built in 1908, that

the original price was $3,500 and that the plaintiff had purchased it second-hand at an expense of $2,300, and that the date of purchase was May 8, 1911; that as a matter of fact the automobile was built in the year 1907 instead of 1908; that the original cost was much less than $3,500 and that the plaintiff paid not $2,300 but $850.

*Frank Gibbons* for appellant.
*Wallace Thayer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.